UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD GROSSMAN, HOWARD KATZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

Morgan Stanley Smith Barney, LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/2020_

20 Civ. 6012 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of this Court's order consolidating this action with several similar actions, ECF No. 15, it is hereby ORDERED that the initial pretrial conference scheduled for October 8, 2020, at 10:40 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

ANALISA TORRES
United States District Judge